```
DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
LEXI NEGIN, DC Bar #446153
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AMY L. BLANTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Mag. 07-0224-EFB |
| ) | |
| Plaintiff, ) | |
| ) | ORDER APPOINTING COUNSEL |
| v. ) | FOLLOWING HEARING |
| ) | |
| AMY L. BLANTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

This case was before the Court on August 29, 2007 regarding defendant's request for appointed counsel. The government was represented by Caley Fallini, certified law student. The defendant was present with Assistant Federal Defender Matthew C. Bockmon, appearing specially.

Pursuant to General Order No. 323 filed June 26, 1996 and 18 U.S.C. § 3006A(a)(2)(A), the Court appoints the Federal Defender's Office to represent Ms. Blanton in this case, the Court having determined that the interest of justice so require.

SO ORDERED:

Dated:   August 29, 2007

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE