1    McGREGOR W. SCOTT
     United States Attorney
2    MATTHEW C. STEGMAN
     Assistant U.S. Attorney
3    CAELY E. FALLINI
     Certified Law Student
4    501 I Street, Suite 10-100
     Sacramento, California 95814
5    Telephone: (916) 554-2807

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,      )     Mag. No. 07-224 EFB
                                    )
11            Plaintiff,            )     GOVERNMENT'S MOTION TO DISMISS
                                    )     WITH PREJUDICE AND
12       v.                         )     ORDER
                                    )
13   AMY L. BLANTON,                )     DATE:  September 10 , 2007
                                    )     TIME:  10:00 a.m.
14            Defendant.            )     JUDGE: Hon. Edmund F. Brennan
     _____)

15

16            Pursuant to Rule 48(a) of the Federal Rules of Criminal

17   Procedure, plaintiff United States of America, by and through its

18   undersigned attorney, hereby moves this Honorable Court for an

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

                                    1

1 | Order dismissing with prejudice Mag. No. 07-224 EFB.
2 | DATED: September 06, 2007
3 |
4 |                                    McGREGOR SCOTT
  |                                    United States Attorney
5 |
  |                          By:   /S/ Matthew C. Stegman
6 |                                MATTHEW C. STEGMAN
  |                                Assistant U.S. Attorney
7 |
8 |                      O R D E R
9 |
  | IT IS SO ORDERED:
10|
  | DATED: September 6, 2007
11|
12|
13|                      EDMUND F. BRENNAN
  |                      UNITED STATES MAGISTRATE JUDGE
14|
15|
16|
17|
18|
19|
20|
21|
22|
23|
24|
25|
26|
27|
28|